IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ADEDJI ADENIRAN,

    Plaintiff,

v.                                                                                              4:22cv47–WS/MJF

UNITED STATES OF AMERICA,

    Defendant.

_____

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 10) docketed May 19, 2022. The magistrate judge recommends that Plaintiff's "Motion to Add Initial Motion & Exhibits" (ECF No. 7) be denied. No objections to the report and recommendation have been filed.

The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

Case 4:22-cv-00047-WS-MJF   Document 12   Filed 06/21/22   Page 2 of 2

1. The magistrate judge's report and recommendation (ECF No. 10) is hereby ADOPTED and incorporated by reference in this order.

2. Plaintiff's "Motion to Add Initial Motion & Exhibits" (ECF No. 7) is DENIED.

3. The clerk shall return the case to the magistrate judge for further proceedings.

DONE AND ORDERED this <u>  21st  </u> day of <u>  June  </u>, 2022.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE