UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORID
TALLAHASSEE DIVISION

ADEDEJI ADENIRAN,

    Plaintiff,

v.                                            4:22cv47–WS/MJF

STEVEN KUNZ,

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 23) docketed June 21, 2023. The magistrate judge recommends that this case be dismissed as malicious based upon Plaintiff's failure to truthfully and completely disclose his prior litigation history. Plaintiff has filed no objections to the report and recommendation.[1]

---

[1] A copy of the report and recommendation was mailed to Plaintiff at his federal prison in Miami on June 21, 2023, more than three weeks before Plaintiff was released from custody on July 17, 2023. Having received no return of mail from the post office, the court assumes that Plaintiff received his copy of the report and recommendation.

Having reviewed the record, the court has concluded that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 23) is ADOPTED and incorporated into this order by reference.

2. The plaintiff's complaint and this action are DISMISSED WITHOUT PREJUDICE under 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915A(b)(1) for failure to truthfully and completely disclose his prior litigation history.

3. The clerk shall enter judgment stating: "All claims are dismissed without prejudice."

DONE AND ORDERED this __29th__ day of __August__, 2023.


                                   s/ William Stafford
                                   WILLIAM STAFFORD
                                   SENIOR UNITED STATES DISTRICT JUDGE